UNITED STATES DISTRICT COURT

Northern District of California

JUAN RODRIGUEZ,　　　　　　　　　　　　　No. C 12-06473 MEJ

　　　　　　Plaintiff(s),　　　　　　　　　　　　**ORDER TO SHOW CAUSE**

　　v.

CTX MORTGAGE COMPANY, LLC,

　　　　　　Defendant(s).
_____/

On December 28, 2012, the Defendant(s) in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of February 7, 2013. Dkt. No. 6. However, Plaintiff(s) failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the February 7 hearing and ORDERS Plaintiff(s) Juan Rodriguez to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff(s) shall file a declaration by January 31, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on February 14, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiff(s) that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff(s) file a written response by the deadline above.

　　**IT IS SO ORDERED.**

Dated: January 16, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JUAN RODRIGUEZ,                                                       No. C 12-06473 MEJ

              Plaintiff(s),                                        **CERTIFICATE OF SERVICE**

  v.

CTX MORTGAGE COMPANY, LLC,

              Defendant(s).
                                                  /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Rodriguez
823 Orchard Street, #A
Santa Rosa, CA 95403

Dated: January 16, 2013

                                                 Richard W. Wieking, Clerk
                                                 By: Rose Maher, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California