UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JUAN RODRIGUEZ,<br><br>            Plaintiff,<br>   v.<br><br>CTX MORTGAGE COMPANY, LLC, et al.,<br><br>            Defendants.<br>_____/ | No. C 12-6473 MEJ<br><br>**ORDER FOR CLERK OF COURT TO REASSIGN CASE**<br><br>**REPORT & RECOMMENDATION** |

On December 21, 2012, Defendant CTX Mortgage Company, LLC removed the above-captioned case to this Court. Dkt. No. 1. On December 28, 2012, CTX Mortgage filed a Motion to Dismiss, with a noticed hearing date of February 7, 2013. Dkt. No. 6. Plaintiff Juan Rodriguez failed to file an opposition pursuant to Civil Local Rule 7 and has not otherwise appeared in this action since removal. Further, on January 8, 2013, the Court directed the parties to either consent or decline magistrate jurisdiction by January 17, 2013. Dkt. No. 8. Plaintiff failed to comply with this deadline as well. Based on Plaintiff's inaction, the Court vacated the motion to dismiss hearing date and ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Dkt. No. 10. The Court ordered Plaintiff to file a responsive declaration by January 31, 2013. Plaintiff has failed to respond. Based on this procedural history, the Court finds it appropriate to dismiss this case pursuant to Federal Rule of Civil Procedure 41(b).

Under Rule 41(b), failure to comply with a court order can warrant dismissal. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). In "determining whether to dismiss a case for failure to comply with a court order, the district court must weigh five factors including '(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and

1 (5) the availability of less drastic alternatives.'" *Id.* at 1260-61 (quoting *Thompson v. Housing Auth.*, 782 F.2d 829, 831 (9th Cir. 1986)). Here, Plaintiff failed to file an opposition to Defendant's pending motion to dismiss, failed to comply with Court orders and deadlines, failed to respond to the order to show cause, and has made no appearance in this matter since removal. Further, failure to follow a district court's local rules is a proper ground for dismissal. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Thus, the Court finds that the *Ferdik* factors weigh in favor of dismissal.

Accordingly, because Plaintiff has yet to consent to the undersigned's jurisdiction, the Court hereby ORDERS the Clerk of Court to reassign this case to a district court judge. The undersigned RECOMMENDS that the newly-assigned judge dismiss this case for failure to prosecute and failure to comply with the Court's deadlines and orders.

Pursuant to Federal Rule of Civil Procedure 72, any party may serve and file objections to this Report and Recommendation within 14 days after being served.

**IT IS SO ORDERED AND RECOMMENDED.**

Dated: February 4, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JUAN RODRIGUEZ,

        Plaintiff,

v.

CTX MORTGAGE COMPANY, LLC,

        Defendant.

                                     /

Case Number: 12-06473 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Rodriguez
823 Orchard Street, #A
Santa Rosa, CA 95403

Dated: February 4, 2013

                                       Richard W. Wieking, Clerk
                                       By: Rose Maher, Deputy Clerk