United States District Court
Northern District of California

United States District Court
Northern District of California

| | |
|---|---|
| **JUAN RODRIGUEZ**, | Case No.: 12-CV-06473 YGR |
| Plaintiffs, | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND DISMISSING ACTION** |
| vs. | |
| **CTX MORTGAGE COMPANY, LLC** *et al.* | |
| Defendants. | |

    The Court has reviewed Magistrate Judge Maria-Elena James' Report and Recommendation (Dkt. No. 11) to which no party filed an objection.  Magistrate Judge James recommends the Court failure to prosecute and failure to comply with court deadlines and orders.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

    Accordingly, pursuant to Rule 41(b), and for the reasons set forth in the Report (Dkt. No. 11), this action is **DISMISSED**.

    Defendant's Motion to Dismiss (Dkt. No. 6) is **DENIED AS MOOT**.

    This Order Terminates Docket Numbers 6 & 11.

    **IT IS SO ORDERED.**

**Date: April 4, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**